United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN HUNT,

    Plaintiff,

v.

GEEKATOO, INC.,

    Defendant.

Case No. 15-cv-03313-VC

**ORDER DENYING MOTION FOR CLASS CERTIFICATION WITHOUT PREJUDICE**

Re: Dkt. No. 7

The motion for class certification is denied because the plaintiff has not served the defendant. The denial is without prejudice to re-filing the motion on a schedule that will be set at the initial case management conference (assuming the plaintiff serves the defendant).

**IT IS SO ORDERED.**

Dated: August 21, 2015

_____
VINCE CHHABRIA
United States District Judge